## IN THE MATTER OF JEAN BAPTISTE BEAUGRAND, AN ABSENT GRAND JUROR

1809

JOURNAL ENTRIES

1. Rule . . . . . . . . . . . . . *Journal, infra,* \*p. 208

PAPERS IN FILE

[None]

## TOUSSAINT POTHIER
v.
## MICHAEL DOUSMAN AND JEAN BAPTISTE LA BORDE

1809

JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . *Journal, infra,* \*p. 209
2. Rule to plead . . . . . . . . . . . . . " 232
3. Plea . . . . . . . . . . . . . . . " 308
4. Jurors; verdict . . . . . . . . . . . " 313

PAPERS IN FILE

[None]